EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 490-2014-00375 |

**Tennessee Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Charles Guenither | (901) 324-0567 | 08-01-1948 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3723 Woodland Dr, | Memphis, TN 38111 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIVERSITY OF MEMPHIS | 500 or More | (901) 678-2558 |

| Street Address | City, State and ZIP Code |
|---|---|
| Administration Bldg., Rm 390, | Memphis, TN 38152 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-23-2013   Latest: 04-23-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about August 8, 1994, I was hired with the above employer as an Assistant Director Media Relations. My most recent job title was Director of Communication Services which I held this position from 1998-2013.

On April 23, 2013, I was terminated from my position of Director of Communication Services. Prior to my termination, the VP of Communications, Public Relations, and Marketing (Linda Bonnin) made a comment in a committee meeting referencing my age (64) and the chances of me doing social networking in August 2012. On another occasion, she stated that she wanted someone younger and a female to replace me as the director.

I believe I have been discriminated against because of my sex (male) and age (64) in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act (ADEA).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 27, 2013
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
11/27/13



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2014 2305

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

April 18, 2014

Mr. Charles C. Guenther
c/o G. Hite McLean, Jr., Esquire
Law Offices of G. Hite McLean, Jr.
2670 Union Ave. Extended
Suite 1228
Memphis, TN  38112

Re:  EEOC Charge Against University of Memphis
     No. 490201400375

Dear Mr. Guenther:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Memphis District Office, Memphis, TN.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Jocelyn Samuels
                              Acting Assistant Attorney General
                                  Civil Rights Division

                         by   *Karen S. Ferguson*
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc:  Memphis District Office, EEOC
     University of Memphis