IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **CHARLES C. GUENTHER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14-2282-STA-dkv |
| | ) |
| **THE UNIVERSITY MEMPHIS,** | ) |
| | ) |
| Defendant. | ) |

ORDER DISMISISNG CASE

Before the Court is Defendant's Motion to Dismiss (D.E. # 9). On May 27, 2014, Plaintiff filed a Notice of Voluntary Dismissal (D.E. # 12), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Pursuant to the Notice of Dismissal, the case is **hereby DISMISSED without prejudice** and the Motion to Dismiss is **DENIED as moot.**

IT IS SO ORDERED.

                                            s/ S. Thomas Anderson
                                            S. THOMAS ANDERSON
                                            UNITED STATES DISTRICT JUDGE

                                            Date: May 27, 2014