*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**CHARLES C. GUENTHER**                        **JUDGMENT IN A CIVIL CASE**

**v.**

**THE UNIVERSITY OF MEMPHIS**                  **CASE NO: 14-2282-A**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Case entered on May 27, 2014, this cause is hereby dismissed without prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 5/28/2014**                                   THOMAS M. GOULD
                                                      **Clerk of Court**


                                                        s/Terry L. Haley
                                                    **(By)   Deputy Clerk**